Chapter 13 Plan Form, Revised 10/24/2005

**FIRST AMENDED CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF MISSISSIPPI

**CASE NO.** 11-13324

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Tony D Winters** | SS# | **xxx-xx-5768** | Current Monthly Income $ | **2,933.65** |
| Joint Debtor | **Dana L Winters** | SS# | **xxx-xx-8566** | Current Monthly Income $ | **3,073.86** |
| Address | **33 CR 461 Oxford, MS 38655-0000** | | | No. of Dependents | **0** |
| Telephone No. | | | **TAX REFUNDS AND EIC FOR DISTRIBUTION:** | | |

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)   Debtor shall pay $ **252.50** per **week** to the Chapter 13 Trustee (see special provisions for increase in January). A payroll deduction order will be issued to Debtor's employer @:
   Max White's Logging
   194 CR 461
   Oxford, MS 38655

(B)   Joint Debtor shall pay $ **252.50** per **week** to the Chapter 13 Trustee (see special provisions for increase in January). A payroll deduction order will be issued to Debtor's employer @:
   Olin
   600 Powder Mill Road
   East Alton, IL  62024-1273

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ **0.00** @ $ **0.00** /mo State Tax Commission $ **0.00** @ $ **0.00** /mo Other $ **0.00** @ $ **0.00** /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**
**-NONE-**
beginning   in the amount of $ per month shall be paid:
_____ direct   _____ through payroll deduction   _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**
**-NONE-**
in the amount of $ shall be paid $ per month:
_____ through payroll deduction   _____ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: **First National Bank of Oxford**   BEGINNING **08/25/2011**   @$ **456.26**   ☐ PLAN ☒ DIRECT
MTG ARREARS TO: **-NONE-**   THROUGH _____   $ _____   @$ _____   /MO*
(*Including interest at %)

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court.  That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| **Ally Financial** | 2010 Chevy Cobalt (with over 10,000 miles) | 19,625.48 | 14,220.00 | 5.50 % | 22,263.07 | 371.05 |
| **Ally Financial** | 2010 Chevy Silverado (with over 55,000 miles) | 34,053.17 | 24,772.50 | 5.50 % | 38,587.46 | 643.12 |
| **Fifth Third Bank** | 2008 Nissan Titan (with over 52,000) | 25,026.21 | 17,888.00 | 5.50 % | 20,500.90 | 341.68 |

Debtor's Initials **TW**   Joint Debtor's Initials **DW**                                  CHAPTER 13 PLAN, PAGE 1 OF 2

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| **CNN Capital** | **1994 John Deere Tractor used as a lawn mower and for upkeep of homestead** | **2.268.98** | **3,000.00** | **5.50** % | **2,654.39** | **44.24** |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| **Lafayette Co Tax Collector** | **4.5 acre homestead** | **265.29** | **to be paid  full in a lump sum outside the plan by debtors** |
| **Lafayette Co Tax Collector** | **1.0 acre contiguous with homestead** | **5.36** | **to be paid  full in a lump sum outside the plan by debtors** |
| **First National Bank of Oxford** | **2007 Yamaha Rhino 421** | **5,048.58** | **to be paid  full  per the contract outside of the plan by debtor's son.** |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection :
**In January, 2012, the plan payments shall increase to $251.00 per week from each paycheck of the debtor and joint debtor.**

**UNSECURED DEBTS** totaling approximately $ **36,385.33**   are to be paid in deferred payments to creditors that have **timely filed claims** that are not disallowed: **A minimum of $28,890.00 shall be paid to timely filed unsecured claims pro-rata, with additional funds paid without the necessity of modification if paid with the plan payments as proposed over the 60 month plan.  The Debtor's son will be contributing $691.50 towards the plan payment to cover the cost of the 2010 Silverado.**

Total Attorney Fees Charged $ **2,800.00**

Attorney Fees Previously Paid $ **600.00**

Atty fees to be paid through the plan $ **2,200.00**

Pay administrative costs and debtor's attorney fees **Pursuant to Court Order and/or local rules with the attorney's fees being paid by an initial payment of $50.00 plus payment of 10% of the payments made by the debtors.**

Name/Address/Phone # of Vehicle Insurance Co./Agent

Attorney for Debtor (Name/Address/Phone # / Email)
**Robert Gambrell 4409**
**101 Ricky D Britt Sr Blvd**
**Suite 3**
**Oxford, MS 38655-4236**

Telephone/Fax

Telephone/Fax  **662-281-8800/662-202-1004**
E-mail Address  **rg@ms-bankruptcy.com**

DATE: **July 25, 2011**       DEBTOR'S SIGNATURE        **/s/ Tony D Winters**

Amended: **09/06/2011**       JOINT DEBTOR'S SIGNATURE  **/s/ Dana L Winters**

ATTORNEY'S SIGNATURE  **/s/ Robert Gambrell**